# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, MARCELLA A | § | Case No. 13-15950 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/17/2013. The undersigned trustee was appointed on 04/17/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   80,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 29,187.53 |
   | Bank service fees | 105.45 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 35,707.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  06/10/2015  and the deadline for filing governmental claims was  06/10/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,500.00 , for a total compensation of $ 6,500.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 66.20 , for total expenses of $ 66.20 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2015                    By: /s/JOSEPH E. COHen
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-15950 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, MARCELLA A | Date Filed (f) or Converted (c): | 04/17/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| For Period Ending: | 11/12/15 | Claims Bar Date: | 06/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 4104 Douglas Drive Zion, Illinois | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Deposits of Money (Chase Bank Checking #0895) | 100.00 | 0.00 | | 0.00 | FA |
| Deposits of Money (Chase Bank Checking #0895) | | | | | |
| 3. Deposits of Money (Chase Bank Savings #8161) | 200.00 | 0.00 | | 0.00 | FA |
| Deposits of Money (Chase Bank Savings #8161) | | | | | |
| 4. Couch and Livingroom Furniture | 300.00 | 0.00 | | 0.00 | FA |
| Couch and Livingroom Furniture | | | | | |
| 5. Television and Bedroom Set | 350.00 | 0.00 | | 0.00 | FA |
| Television and Bedroom Set | | | | | |
| 6. Washer and Dryer | 150.00 | 0.00 | | 0.00 | FA |
| Washer and Dryer | | | | | |
| 7. Kitchen utensils, Kitchen table and Chairs | 175.00 | 0.00 | | 0.00 | FA |
| Kitchen utensils, Kitchen table and Chairs | | | | | |
| 8. Stove, Refrigertor and Microwave | 325.00 | 0.00 | | 0.00 | FA |
| Stove, Refrigertor and Microwave | | | | | |
| 9. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 10. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| 11. Camera, Laptop, Home Computer and Printer | 300.00 | 0.00 | | 0.00 | FA |
| Camera, Laptop, Home Computer and Printer | | | | | |
| 12. IRA (Provident Trust) | 119,108.00 | 0.00 | | 0.00 | FA |
| IRA (Provident Trust) | | | | | |
| 13. Plumbers Local Union 93 Pension (monthly on retire | 364.00 | 0.00 | | 0.00 | FA |
| Plumbers Local Union 93 Pension (monthly on retirement) | | | | | |
| 14. Accident Claim (est) | 15,000.00 | 0.00 | | 80,000.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 19.00

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-15950   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SMITH, MARCELLA A | Date Filed (f) or Converted (c): | 04/17/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| | | Claims Bar Date: | 06/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Accident Claim (est) 15. 2002 Chevrolet Trailblazer (83,000 miles) 2002 Chevrolet Trailblazer (83,000 miles) | 3,500.00 | 0.00 | | 0.00 | FA |
| 16. 2003 Snow Bear Trailer 2003 Snow Bear Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Fleetwood Niagra Pop-Up Camper Trailer (some 2006 Fleetwood Niagra Pop-Up Camper Trailer (some damage)(Title held with former husband but divorce judgment requires transfer to Debtor.) | 4,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $224,972.00 | $0.00 | | $80,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS SETTLING PERSONAL INJURY ACTION - July 31, 2015.  TRUSTEE TO EMPLOY SPECIAL COUNSEL -April 30, 2015.  STILL INVESTIGATING VALUE OF PI ACTION- Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF PERSONAL INJURY CASE - January 19, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE TRYING TO OBTAIN AN ESTIMATE OF VALUE FROM PI COUNSEL FOR THE DEBTOR - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/15        Current Projected Date of Final Report (TFR): 08/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-15950 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MARCELLA A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6330 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2524 | | |
| For Period Ending: | 11/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/15 | 14 | AMERICAN FAMILY INSURANCE GROUP | | 1142-000 | 80,000.00 | | 80,000.00 |
| 10/01/15 | 300001 | NOONAN PERILLO LTD. | Special Counsel for Trustee | | | 29,187.53 | 50,812.47 |
| | | 25 North County Street | Special Counsel for Trustee Fees | | | | |
| | | Waukegan, IL 60085 | Replacement Check | | | | |
| | | | Fees 21,000.00 | 3410-000 | | | |
| | | | Expenses 8,187.53 | 3420-000 | | | |
| 10/01/15 | 300002 | MARCELLA SMITH | Personal Injury Exemption Payment | 8100-000 | | 15,000.00 | 35,812.47 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.52 | 35,777.95 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.93 | 35,707.02 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 80,000.00 | 44,292.98 | 35,707.02 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 80,000.00 | 44,292.98 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 80,000.00 | 29,292.98 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6330 | 80,000.00 | 29,292.98 | 35,707.02 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 80,000.00 | 29,292.98 | 35,707.02 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 80,000.00 44,292.98

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 12, 2015 |

Case Number: 13-15950  
Debtor Name: SMITH, MARCELLA A  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,566.20 | $6,566.20 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,549.25 | $2,549.25 |
| 000001<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $0.00 | $3,260.91 | $3,260.91 |
| 000002<br>070<br>7100-00 | North Shore Bank<br>15700 W. Bluemound<br>Brookfield, WI 53005 | Unsecured | | $0.00 | $951.74 | $951.74 |
| 000003<br>070<br>7100-00 | Advanced Ambulatory SC Inc.<br>2333 North Harlem Avenue<br>Chicago, IL 60707-2718 | Unsecured | | $0.00 | $14,500.00 | $14,500.00 |
| 000004<br>070<br>7100-00 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | Unsecured | | $0.00 | $17,410.46 | $17,410.46 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $14,782.64 | $14,782.64 |
| | Case Totals: | | | $0.00 | $60,021.20 | $60,021.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15950
Case Name: SMITH, MARCELLA A
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---|---:|
| | Balance on hand | $ 35,707.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 6,500.00 | $ 0.00 | $ 6,500.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 66.20 | $ 0.00 | $ 66.20 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,549.25 | $ 0.00 | $ 2,549.25 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 9,115.45 |
| Remaining Balance | $ 26,591.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,905.75  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | $ 3,260.91 | $ 0.00 | $ 1,703.40 |
| 000002 | North Shore Bank<br>15700 W. Bluemound<br>Brookfield, WI 53005 | $ 951.74 | $ 0.00 | $ 497.16 |
| 000003 | Advanced Ambulatory SC Inc.<br>2333 North Harlem Avenue<br>Chicago, IL 60707-2718 | $ 14,500.00 | $ 0.00 | $ 7,574.35 |
| 000004 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | $ 17,410.46 | $ 0.00 | $ 9,094.68 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 14,782.64 | $ 0.00 | $ 7,721.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 26,591.57 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE