UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SMITH, MARCELLA A § Case No. 13-15950
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/08/2016 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                        Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SMITH, MARCELLA A | § | Case No. 13-15950 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 80,000.00 |
| and approved disbursements of | $ | 44,292.98 |
| leaving a balance on hand of[1] | $ | 35,707.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 6,500.00 | $ 0.00 | $ 6,500.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 66.20 | $ 0.00 | $ 66.20 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,549.25 | $ 0.00 | $ 2,549.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,115.45 |
| Remaining Balance | $ 26,591.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,905.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | $ 3,260.91 | $ 0.00 | $ 1,703.40 |
| 000002 | North Shore Bank<br>15700 W. Bluemound<br>Brookfield, WI 53005 | $ 951.74 | $ 0.00 | $ 497.16 |
| 000003 | Advanced Ambulatory SC Inc.<br>2333 North Harlem Avenue<br>Chicago, IL 60707-2718 | $ 14,500.00 | $ 0.00 | $ 7,574.35 |
| 000004 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | $ 17,410.46 | $ 0.00 | $ 9,094.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 14,782.64 | $ 0.00 | $ 7,721.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 26,591.57 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Marcella A Smith  
    Debtor

Case No. 13-15950-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: driddick     Page 1 of 2     Date Rcvd: Dec 14, 2015  
                   Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2015.

```
db          #+Marcella A Smith,    4104 Douglas Drive,    Zion, IL 60099-1330
20343395      Advanced Ambulatory SC Inc.,    2333 North Harlem Avenue,    Chicago, IL 60707-2718
20343396     +Anatoly Arber, M.D.,    501 North Riverside Drive,    Suite 213,    Gurnee, IL 60031-5918
20343397      Aurora Health Care,    P. O. Box 091700,    Milwaukee, WI 53209-8700
20343398     +Aurora Medical Center Kenosha,    c/o Tri-State Adjustmentd,    1305 N Barker Road, #8,
                Brookfield, WI 53045-5236
20343399      Aurora Medical Group,    P. O. Box 341457,    Milwaukee, WI 53234-1457
20343400    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    P. O. Box 85520,    Richmond, VA 23285)
20343401     +Capital One Bank,    Attn: Bankruptcy Dept.,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
20343404     +FNB Omaha,    P. O. Box 3412,    Omaha, NE 68103-0412
20343402      First Midwest Bank,    First Bankcard,    P. O. Box 2557,    Omaha, NE 68103-2557
20343403     +First National Bank,    Attn: Bankruptcy Dept,    1620 Dodge Street, #3105,
                Omaha, NE 68197-0002
23072709     +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
20343405     +Lake Shore Pathologists,    520 East 22nd Street,    Lombard, IL 60148-6110
20343407      Midway Emergency Phys.,    P. O. Box 404320,    Atlanta, GA 30384-4320
20343408     +North Shore Bank,    15700 W. Bluemound,    Brookfield, WI 53005-6073
20343409     +Painless Anesthesia Providers,    2333 N. Harlem Avenue,    Suite 500,    Chicago, IL 60707-2718
20343410     +Sears/Citibank,    P. O. Box 6282,    Sioux Falls, SD 57117-6282
20343411     +Vista East Medical Center,    c/o Professional Account Services,    7100 Commerce Way, #100,
                Brentwood, TN 37027-6935
20343412     +Vista Imaging Assoc.,    c/o AR Resources, Inc.,    P. O. Box 10336,
                Jacksonville, FL 32247-0336
20343413     +Vista Imaging Asssoc,    P. O. Box 2049, Dept. 5339,    Milwaukee, WI 53201-2049
23324638     +Vista Medical Center (East & West),    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
20343414     +Vista Medical Center East,    1324 North Sheridan Road,    Waukegan, IL 60085-2161
20343417    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
20343416     +Wells Fargo Financial,    Wachovia Dealer Services,    P. O. Box 3569,
                Rancho Cucamonga, CA 91729-3569
20343415     +Wells Fargo Financial,    P. O. Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20343406     +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Dec 15 2015 01:27:30      Midway Emergency Phys.,
                c/o Durham & Durham,    5665 New Northside Dr., #340,    Atlanta, GA 30328-5834
23361613     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2015 01:22:36
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                                                                                                   Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: driddick               Page 2 of 2                  Date Rcvd: Dec 14, 2015
                              Form ID: pdf006              Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2015 at the address(es) listed below:

```
              Amy A Aronson    on behalf of Plaintiff    First National Bank Of Omaha amyaronson@comcast.net,
               amyaronson@comcast.net
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              James T Magee    on behalf of Debtor 1 Marcella A Smith bankruptcy@mageenegele.com
              Joseph E Cohen    on behalf of Spec. Counsel Michael J. Perillo jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Maria   Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 9
```