# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                              §
                                    §
SMITH, MARCELLA A                   §      Case No. 13-15950
                                    §
          Debtor                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 68,700.00              Assets Exempt: 156,272.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 26,591.57      Claims Discharged
                                                 Without Payment: 36,602.84

Total Expenses of Administration: 38,408.43

3) Total gross receipts of $ 80,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 65,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 173,508.54 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,408.43 | 38,408.43 | 38,408.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,056.60 | 50,905.75 | 50,905.75 | 26,591.57 |
| **TOTAL DISBURSEMENTS** | $ 249,565.14 | $ 89,314.18 | $ 89,314.18 | $ 65,000.00 |

4)  This case was originally filed under chapter 7 on  04/17/2013 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/02/2016                  By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accident Claim (est) | 1142-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 80,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARCELLA SMITH | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Financial P. O. Box 1697 Winterville, NC 28590 | | 2,369.54 | NA | NA | 0.00 |
| | Wells Fargo Financial Wachovia Dealer Services P. O. Box 3569 Rancho Cucamonga, CA 91729 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage | | | | | |
| | 8480 Stagecoach Circle | | | | | |
| | Frederick, MD 21701 | | 171,139.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 173,508.54 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 66.20 | 66.20 | 66.20 |
| ASSOCIATED BANK | 2600-000 | NA | 105.45 | 105.45 | 105.45 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 1,699.50 | 1,699.50 | 1,699.50 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 849.75 | 849.75 | 849.75 |
| NOONAN PERILLO LTD. | 3410-000 | NA | 21,000.00 | 21,000.00 | 21,000.00 |
| NOONAN PERILLO LTD. | 3420-000 | NA | 8,187.53 | 8,187.53 | 8,187.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 38,408.43 | $ 38,408.43 | $ 38,408.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anatoly Arber, M.D. 501 North Riverside Drive Suite 213 Gurnee, IL 60031 | | 369.99 | NA | NA | 0.00 |
| | Aurora Health Care P. O. Box 091700 Milwaukee, WI 53209-8700 | | 379.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Medical Center Kenosha c/o Tri-State Adjustmentd 1305 N Barker Road, #8 Brookfield, WI 53045 | | 3,357.42 | NA | NA | 0.00 |
| | Aurora Medical Group P. O. Box 341457 Milwaukee, WI 53234-1457 | | 1,246.00 | NA | NA | 0.00 |
| | Capital One Bank Attn: Bankruptcy Dept. P. O. Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital One P. O. Box 85520 Richmond, VA 23285 | | 264.91 | NA | NA | 0.00 |
| | First Midwest Bank First Bankcard P. O. Box 2557 Omaha, NE 68103-2557 | | 3,359.24 | NA | NA | 0.00 |
| | First National Bank Attn: Bankruptcy Dept 1620 Dodge Street, #3105 Omaha, NE 68197 | | 0.00 | NA | NA | 0.00 |
| | Lake Shore Pathologists 520 East 22nd Street Lombard, IL 60148 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midway Emergency Phys. P. O. Box 404320 Atlanta, GA 30384-4320 | | 1,082.00 | NA | NA | 0.00 |
| | Midway Emergency Phys. c/o Durham & Durham 5665 New Northside Dr., #340 Atlanta, GA 30328 | | 0.00 | NA | NA | 0.00 |
| | Painless Anesthesia Providers 2333 N. Harlem Avenue Suite 500 Chicago, IL 60707 | | 1,953.00 | NA | NA | 0.00 |
| | Vista East Medical Center c/o Professional Account Services 7100 Commerce Way, #100 Brentwood, TN 37027 | | 0.00 | NA | NA | 0.00 |
| | Vista Imaging Assoc. c/o AR Resources, Inc. P. O. Box 10336 Jacksonville, FL 32247 | | 0.00 | NA | NA | 0.00 |
| | Vista Imaging Asssoc P. O. Box 2049, Dept. 5339 Milwaukee, WI 43201-2049 | | 247.00 | NA | NA | 0.00 |
| 000003 | ADVANCED AMBULATORY SC INC. | 7100-000 | 14,500.00 | 14,500.00 | 14,500.00 | 7,574.35 |
| 000001 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 2,760.00 | 3,260.91 | 3,260.91 | 1,703.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | NORTH SHORE BANK | 7100-000 | 23,301.00 | 951.74 | 951.74 | 497.16 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 14,524.94 | 14,782.64 | 14,782.64 | 7,721.98 |
| 000004 | VISTA MEDICAL CENTER (EAST & WEST) | 7100-000 | 8,682.00 | 17,410.46 | 17,410.46 | 9,094.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,056.60 | $ 50,905.75 | $ 50,905.75 | $ 26,591.57 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 13-15950   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | SMITH, MARCELLA A |
| For Period Ending: | 06/02/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 04/17/13 (f) |
| 341(a) Meeting Date: | 06/27/13 |
| Claims Bar Date: | 06/10/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Residence 4104 Douglas Drive Zion, Illinois | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. | Deposits of Money (Chase Bank Checking #0895) | 100.00 | 0.00 | | 0.00 | FA |
| | Deposits of Money (Chase Bank Checking #0895) | | | | | |
| 3. | Deposits of Money (Chase Bank Savings #8161) | 200.00 | 0.00 | | 0.00 | FA |
| | Deposits of Money (Chase Bank Savings #8161) | | | | | |
| 4. | Couch and Livingroom Furniture | 300.00 | 0.00 | | 0.00 | FA |
| | Couch and Livingroom Furniture | | | | | |
| 5. | Television and Bedroom Set | 350.00 | 0.00 | | 0.00 | FA |
| | Television and Bedroom Set | | | | | |
| 6. | Washer and Dryer | 150.00 | 0.00 | | 0.00 | FA |
| | Washer and Dryer | | | | | |
| 7. | Kitchen utensils, Kitchen table and Chairs | 175.00 | 0.00 | | 0.00 | FA |
| | Kitchen utensils, Kitchen table and Chairs | | | | | |
| 8. | Stove, Refrigertor and Microwave | 325.00 | 0.00 | | 0.00 | FA |
| | Stove, Refrigertor and Microwave | | | | | |
| 9. | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| | Wearing Apparel | | | | | |
| 10. | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| | Jewelry | | | | | |
| 11. | Camera, Laptop, Home Computer and Printer | 300.00 | 0.00 | | 0.00 | FA |
| | Camera, Laptop, Home Computer and Printer | | | | | |
| 12. | IRA (Provident Trust) | 119,108.00 | 0.00 | | 0.00 | FA |
| | IRA (Provident Trust) | | | | | |
| 13. | Plumbers Local Union 93 Pension (monthly on retire | 364.00 | 0.00 | | 0.00 | FA |
| | Plumbers Local Union 93 Pension (monthly on retirement) | | | | | |
| 14. | Accident Claim (est) | 15,000.00 | 0.00 | | 80,000.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 13-15950   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | SMITH, MARCELLA A |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 04/17/13 (f) |
| 341(a) Meeting Date: | 06/27/13 |
| Claims Bar Date: | 06/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Accident Claim (est) | | | | | |
| 15. 2002 Chevrolet Trailblazer (83,000 miles) | 3,500.00 | 0.00 | | 0.00 | FA |
| 2002 Chevrolet Trailblazer (83,000 miles) | | | | | |
| 16. 2003 Snow Bear Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 2003 Snow Bear Trailer | | | | | |
| 17. 2006 Fleetwood Niagra Pop-Up Camper Trailer (some | 4,000.00 | 0.00 | | 0.00 | FA |
| 2006 Fleetwood Niagra Pop-Up Camper Trailer (some damage)(Title held with former husband but divorce judgment requires transfer to Debtor.) | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $224,972.00 | $0.00 | | $80,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

HEARING ON TFR SET HEARD ON JAN. 8, 2016 - 01/20/16. TRUSTEE PREPARING HIS TFR SINCE CASE WAS SETTLED - Oct. 31, 2015. TRUSTEE IS SETTLING PERSONAL INJURY ACTION - July 31, 2015.  TRUSTEE TO EMPLOY SPECIAL COUNSEL -April 30, 2015.  STILL INVESTIGATING VALUE OF PI ACTION- Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF PERSONAL INJURY CASE - January 19, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE TRYING TO OBTAIN AN ESTIMATE OF VALUE FROM PI COUNSEL FOR THE DEBTOR - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/15         Current Projected Date of Final Report (TFR): 12/31/15

FOR THE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

Case No:        13-15950  -ABG
Case Name:    SMITH, MARCELLA A

Trustee Name:        JOSEPH E. COHEN
Bank Name:           ASSOCIATED BANK
Account Number / CD #:    *******6330  Checking Account (Non-Interest Earn

Taxpayer ID No:    *******2524
For Period Ending:  06/02/16

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/22/15 | 14 | AMERICAN FAMILY INSURANCE GROUP | | 1142-000 | 80,000.00 | | 80,000.00 |
| 10/01/15 | 300001 | NOONAN PERILLO LTD. | Special Counsel for Trustee | | | 29,187.53 | 50,812.47 |
| | | 25 North County Street | Special Counsel for Trustee Fees | | | | |
| | | Waukegan, IL 60085 | Replacement Check | | | | |
| | | | Fees          21,000.00 | 3410-000 | | | |
| | | | Expenses      8,187.53 | 3420-000 | | | |
| 10/01/15 | 300002 | MARCELLA SMITH | Personal Injury Exemption Payment | 8100-000 | | 15,000.00 | 35,812.47 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.52 | 35,777.95 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.93 | 35,707.02 |
| 01/11/16 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 6,566.20 | 29,140.82 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          6,500.00 | 2100-000 | | | |
| | | | Expenses        66.20 | 2200-000 | | | |
| 01/11/16 | 300004 | COHEN & KROL, Attorneys | Attorney for Trustee fees | 3110-000 | | 1,699.50 | 27,441.32 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/11/16 | 300005 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 849.75 | 26,591.57 |
| | | 105 West Madison St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/11/16 | 300006 | First National Bank of Omaha | Claim 000001, Payment 52.23695% | 7100-000 | | 1,703.40 | 24,888.17 |
| | | 1620 Dodge Street | | | | | |
| | | Stop Code 3105 | | | | | |
| | | Omaha, NE 68197 | | | | | |
| 01/11/16 | 300007 | North Shore Bank | Claim 000002, Payment 52.23696% | 7100-000 | | 497.16 | 24,391.01 |
| | | 15700 W. Bluemound | | | | | |
| | | Brookfield, WI 53005 | | | | | |
| 01/11/16 | 300008 | Advanced Ambulatory SC Inc. | Claim 000003, Payment 52.23690% | 7100-000 | | 7,574.35 | 16,816.66 |

Page Subtotals        80,000.00        63,183.34

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2                                                                            Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit 9

| Case No: | 13-15950  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SMITH, MARCELLA A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6330  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2524 | | | |
| For Period Ending: | 06/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/16 | 300009 | 2333 North Harlem Avenue<br>Chicago, IL 60707-2718<br>Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | Claim 000004, Payment 52.23687%<br>(4-1) services performed | 7100-000 | | 9,094.68 | 7,721.98 |
| 01/11/16 | 300010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 52.23681% | 7100-000 | | 7,721.98 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 80,000.00 | 80,000.00 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 0.00 | 0.00 | |
| | | Subtotal | | | 80,000.00 | 80,000.00 | |
| | | Less:  Payments to Debtors | | | | 15,000.00 | |
| | | Net | | | 80,000.00 | 65,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6330 | 80,000.00 | 65,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 80,000.00 | 65,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 0.00 | 16,816.66 |
|---|---|---|---|

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*